JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLY RUBEN,<br><br>    Plaintiff,<br><br>v.<br><br>600 NSFB, LLC, a Delaware Limited Liability Company; IKEA U.S. WEST, INC., a Delaware Corporation;<br>and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-01941-ODW-AFM<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 21, 2016

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE